BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Deputy Chief, Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6945
    Facsimile: (951) 276-6202
    Email:    Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-mj-500-DUTY |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| v. | |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Cory L. Burleson, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in the above-captioned case, which charges defendants with forcibly assaulting, impeding, and interfering with a federal officer involving physical contact, in violation of 18 U.S.C. § 111(a)(1).  On August 14, 2025, the Honorable David T. Bristow, United States Magistrate Judge, dismissed the second count of the complaint on motion by the United States.

The United States requests that this dismissal of the Complaint be without prejudice.  Counsel for the United States contacted defendants' counsel via phone about this motion, and defendants' counsel advised that defendants do not oppose this motion.

Dated: August 15, 2025                    Respectfully submitted,

                                          BILAL A. ESSAYLI
                                          Acting United States Attorney

                                          CHRISTINA T. SHAY
                                          Assistant United States Attorney
                                          Chief, Criminal Division

                                          PETER DAHLQUIST
                                          Assistant United States Attorney
                                          Chief, Riverside Office


                                          CORY L. BURLESON
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA