BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Deputy Chief, Riverside Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6945
     Facsimile: (951) 276-6202
     Email:      Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-mj-500-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING 18 U.S.C. § 372 CHARGE IN COMPLAINT WITHOUT PREJUDICE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | |
| Defendants. | |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the

///

///

second charge in the complaint of the above-captioned case, which charges a violation of 18 U.S.C. § 372, is dismissed as to all defendants.

IT IS SO ORDERED.

August 14, 2025
DATE

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
CORY L. BURLESON
Assistant United States Attorney

2